

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

John D. Norris,                                    * From the County Court at Law
                                                     of Midland County
                                                     Trial Court No. CC19717.

Vs. No. 11-17-00293-CV                             * January 19, 2018

Warren Power & Machinery, Inc.,                    * Per Curiam Memorandum Opinion
                                                     (Panel consists of: Willson, J.,
                                                     Bailey, J., and Wright, S.C.J.,
                                                     sitting by assignment)

This court has considered Appellant's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against John D. Norris.